1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN DOES 1 through 59,<br><br>    Defendants. | Case No. 1:12-cv-00888-AWI-DLB<br><br>**ORDER RESETTING HEARING DATES** |

1  In light of the parties' scheduling conflicts, the Court resets the hearings on
2  the following Motions:
3    Docket No. – Motion to Quash, Sever, Dismiss Subpoena
4    Docket No. 8 – Defendant's Motion to Quash Amending Order
5    Docket No. 10 – Defendants' Motion for Protective Order
6  The Motions will be heard on September 21, 2012 at 9:00 a.m. in Courtroom 9
7  before Magistrate Judge Dennis L. Beck.  Opposition briefs are due by September 7,
8  2012, and reply briefs are due by September 14.

IT IS SO ORDERED.

Dated:  **July 30, 2012**           /s/ Dennis L. Beck
                                    UNITED STATES MAGISTRATE JUDGE