Nicholas Ranallo, Attorney at Law #275016
371 Dogwood Way
Boulder Creek, CA 95006
Telephone No.: (831) 703 - 4011
Fax No.: (831) 533-5073
Email: nick@ranallolawoffice.com
Attorney for Does 14 & 32

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOES 1-59<br><br>    Defendants. | Case No. 1:12-cv-00888-AWI-DLB<br><br>**Order**<br><br>Hearing Date: September 21, 2012<br>Hearing Time: 9:00 a.m.<br>Courtroom 9 |

**ORDER**

The court has reviewed the subscriber's request to appear by telephone at the upcoming hearing on Movants' Motions for Protective Order, Reconsideration, and Severance. In light of the reasons set forth by the subscribers, the court GRANTS this motion. Per Standing Order, counsel will be available during the relevant times at (831) 703-4011.

IT IS SO ORDERED.

Dated:   **September 20, 2012**              /s/ Dennis L. Beck
                                             UNITED STATES MAGISTRATE JUDGE