UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC, a California corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>JOHN DOES 1 through 32,<br><br>            Defendants.<br>_____/ | No. 1:12-cv-00886-AWI-MJS<br><br><br>**RELATED CASE ORDER** |
| MALIBU MEDIA, LLC, a California corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>JOHN DOES 1 through 59,<br><br>            Defendants.<br>_____/ | No. 1:12-cv-00888-AWI-DLB |
| MALIBU MEDIA, LLC, a California corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>JOHN DOES 1 through 48,<br><br>            Defendants.<br>_____/ | No. 2:12-cv-01255-JAM-DAD |

1

PDF created with pdfFactory trial version www.pdffactory.com

```
MALIBU MEDIA, LLC, a California
corporation,                              No. 2:12-cv-01260-MCE-JFM

        Plaintiff,

    v.

JOHN DOES 1 through 13,

        Defendants.
                                      /
MALIBU MEDIA, LLC, a California
corporation,                              No. 2:12-cv-01261-JAM-EFB

        Plaintiff,

    v.

JOHN DOES 1 through 12,

        Defendants.
                                      /
MALIBU MEDIA, LLC, a California
corporation,                              No. 2:12-cv-01262-KJM-JFM

        Plaintiff,

    v.

JOHN DOES 1 through 64,

        Defendants.
                                      /
MALIBU MEDIA, LLC, a California           No. 2:12-cv-01459-GEB-CKD
corporation,

        Plaintiff,

    v.

JOHN DOES 1 through 7,

        Defendants.
                                      /
MALIBU MEDIA, LLC, a California
corporation,                              No. 2:12-cv-01513-MCE-KJN

        Plaintiff,

    v.

JOHN DOES 1 through 13,

        Defendants.
                                      /
```

2

PDF created with pdfFactory trial version www.pdffactory.com

```
MALIBU MEDIA, LLC, a California       No. 2:12-cv-01514-LKK-EFB
corporation,

          Plaintiff,

     v.

JOHN DOES 1 through 7,

          Defendants.
                                    /
MALIBU MEDIA, LLC, a California       No. 2:12-cv-02007-JAM-EFB
corporation,

          Plaintiff,

     v.

JOHN DOES 1 through 13,

          Defendants.
                                    /
```

   Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

   The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

   IT IS THEREFORE ORDERED that the Magistrate Judge assignment in the actions denominated 2:12-CV-01261 JAM-EFB and 2:12-CV-02007-JAM-EFB be reassigned to Magistrate Judge Dale A. Drozd for all further proceedings.  Henceforth, the caption on documents filed in

PDF created with pdfFactory trial version www.pdffactory.com

the reassigned cases shall be shown as 2:12-CV-01261 JAM-DAD and 2:12-CV-02007-JAM-DAD.

IT IS THEREFORE ORDERED that the two Fresno actions denominated 1:12-CV-00886 AWI-MJS and 1:12-CV-00888 AWI-DLB be reassigned to Judge John A. Mendez and Magistrate Judge Dale A. Drozd for all further proceedings.  Henceforth, the clerk is directed to transfer the two Fresno cases and open two new cases in Sacramento and directly assign to Judge John A. Mendez and Magistrate Judge Dale A. Drozd.  The caption on documents filed in the transferred cases shall be converted from 1:12-CV-886 AWI-MJS to 2:12-CV-2480 JAM-DAD and 1:12-CV-888 AWI-DLB to 2:12-CV-2481 JAM-DAD.

IT IS THEREFORE ORDERED that the actions denominated 2:12-CV-01260 MCE-JFM, 2:12-CV-01262 KJM-JFM, 2:12-CV-01459 GEB-CKD, 2:12-CV-01513 MCE-KJN, and 2:12-CV-01514 LKK-EFB be reassigned to Judge John A. Mendez and Magistrate Judge Dale A. Drozd for all further proceedings, and any dates currently set in these reassigned cases _only_ are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:12-CV-00886 JAM-DAD, 2:12-CV-00888 JAM-DAD, 2:12-CV-01260 JAM-DAD, 2:12-CV-01262 JAM-DAD, 2:12-CV-01459 JAM-DAD, 2:12-CV-01513 JAM-DAD, and 2:12-CV-01514 JAM-DAD.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustments in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated:  10/2/2012              /s/ John A. Mendez
                               JOHN A. MENDEZ
                               United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com