IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MALIBU MEDIA, LLC, a California
corporation,

      Plaintiff,                                                              No. 2:12-cv-2481 JAM DAD

    vs.

JOHN DOES 1 through 59,                                              ORDER

      Defendants.

_____/

        In this action plaintiff filed an ex parte application for expedited discovery to serve Rule 45 subpoenas on Internet Service Providers to obtain identifying information applicable for the Doe defendants.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(1).

        On October 11, 2012, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations.  The fourteen-day period has expired, and no objections have been filed by any party.

/////

1

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 11, 2012, (Doc. No. 29) are adopted in full; and

2. Does 2-59 are dismissed without prejudice.

DATED:  December 11, 2012

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE