Leemore Kushner (SBN 221969)
KUSHNER LAW GROUP
801 North Citrus Avenue
Los Angeles, California 90038
Telephone: (323) 515-7894
Facsimile: (323) 544-8170
Email: lkushner@kushnerlawgroup.com

Attorneys for Plaintiff Malibu Media, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN DOES 1-59,<br><br>    Defendants. | Case No. 2:12-cv-2481-JAM-DAD<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT AND DISMISSAL OF CASE** |

PLEASE TAKE NOTICE that Plaintiff and John Doe 1 have settled this matter. Pursuant to the parties' settlement agreement and Rule 41 of the Federal Rules of Civil Procedure, Plaintiff is hereby voluntarily dismissing this case against Doe 1, with prejudice. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), John Doe 1 has not answered Plaintiff's Complaint or filed a motion for summary judgment. In light of the fact that no defendants remain, this case should be deemed closed.

DATED: January 4, 2012                    KUSHNER LAW GROUP


                                          By:    /s/ Leemore L. Kushner
                                                 Leemore L. Kushner
                                                 Attorneys for Plaintiff Malibu Media, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2012 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: */s/ Leemore L. Kushner*
Leemore L. Kushner